**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ **2nd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Annie L Roberts**  JOINT DEBTOR: _____  CASE NO.: 16-15377-EPK
Last Four Digits of SS# **xxx-xx-7601**  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **922.68** for months **1** to **58** ;
B. $ **110.00** for months **59** to **60** ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,275.00**  TOTAL PAID $ **1000.00**
Balance Due $ **3,275.00 inc $775 inc $25 cost for m2strip 2nd mtg**  payable $ **136.46** /month (Months **1** to **24**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Bayview Financial Loan aka Metropolitan Life Ins Co**
Arrearage on Petition Date $ **5,458.99**
Address: Bankruptcy Dept 4425 Ponce De Leon Blvd, 5th FL Miami, FL 33146 Acct #7042
Arrears Payment $ **14.18** (Months **1** to **24**)
$ **150.64** /month (Months **25** to **58**)
Account No: **Cl #8**
Regular Payment $ **688.16** /month (Months **1** to **58**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **TD Bank fka Riverside Po Box 1377 Lewiston, ME 04243 Acct #1455** | homestead located at 411 NW Archer Ave PSL, FL 34983 $ 78,300.00 | 0 % | $ 0.00 | To | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**  Total Due $ _____
Payable $ _____ /month (Months __ to __)  Regular Payment $ _____

Unsecured Creditors: Pay $ **100.00** /month (Months **59** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. Other Provisions Not Included Above: TD Bank fka Riverside (#1455): Debtor seeks to avoid lien from homestead located at 411 NW Archer Ave, PSL, FL 34983.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Drake Ozment, Atty for Debtor**
**Annie L Roberts**
Debtor

Date: **Sept 8, 2016**

LF-31 (rev. 01/08/10)